UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-133-SPC-MRM

STEVEN USMA
_____/

**ORDER**[1]

Before the Court is United States Magistrate Judge Thomas B. Smith's Order Revoking Conditions of Release for Defendant Steven Usma. (Doc. 163). Judge Smith has ordered that Usma be detained by the United States Marshals Service because probable cause exists that Usma violated the conditions of his pretrial release. (Doc. 163). Judge Smith has also ordered the Marshals Service to transfer Usma to the Fort Myers Division. (Doc. 163).

In October 2020, the Court sentenced Usma and allowed him to self-surrender to the Bureau of Prisons. (Doc. 127). Two weeks later, the undersigned ordered a warrant for Usma's arrest for violating conditions of his pretrial release and directed him to be remanded. (Doc. 131). Fast forward eight months. On June 14, 2021, Usma was arrested on the warrant, and Judge Smith revoked his conditions of release. (Doc. 160; Doc. 163).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The question now is what action, if any, does the Court need to take on the pretrial release violations given that Usma has been sentenced and is now in the custody of the Marshals Service. Based on the record before the Court, no hearing or further action is needed. Usma has been adjudicated guilty, sentenced, and taken into custody. Because the time has come for Usma to serve his federal sentence, the Marshals Service need not bring him to Fort Myers for further proceedings.

Accordingly, it is now

**ORDERED:**

(1) The Petition for Action on Conditions of Pretrial Release (Doc. 131) is **DISMISSED as moot** because no further action is need.

(2) The United States Marshals Service is **DIRECTED** to immediately transfer Defendant Steven Usma to the Bureau of Prisons to serve his sentence as the Judgment (Doc. 127) so imposed.

**DONE AND ORDERED** in Fort Myers, Florida on June 23, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: United States Marshals Service
Counsel of Record